STATE OF NEW JERSEY v. ANTHONY RIVERS.

December 22, 1986.

Certification to the Superior Court, Law Division, is granted.

TOWNSHIP OF BRICK, ETC., ET AL. v. BLOCK 48–7, LOTS 34, 35, 36, KENLAV, ETC. AND ROBERT V. PASCHON, ET AL.

December 22, 1986.

Petition for certification denied. (See 210 *N.J.Super.* 481)